UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLSON BROTHERS PRO-VAC, LLC., <br><br> Defendant. | CASE NO. 2:23-cv-861 MJP <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

This matter comes before the Court on Plaintiff's Motion to Continue Court Dates. (Dkt. No. 7.) Having reviewed the Motion, the docket, and considered all other relevant material, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………...September 7, 2023

Initial Disclosures Pursuant to FRCP 26(a)…….. September 14, 2023

Combined Joint Status Report and Discovery

1
2
      Plan as Required by FRCP 26(f), and Local
      Rule CR 16…………………………………….. September 21, 2023

3
  The clerk is ordered to provide copies of this order to all counsel.

4
Dated August 15, 2023.

5
*[signature]*

6
Marsha J. Pechman
United States Senior District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES - 2