UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLSON BROTHERS PRO-VAC, LLC., | CASE NO. 2:23-cv-861 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Pursuant to Plaintiff's voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) and (B), this case is dismissed without prejudice.

//

//

//

//

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed September 12, 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Serge Bodnarchuk<br>
Deputy Clerk

MINUTE ORDER - 2